UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:25-cr-300 KDB SCR |
| | ) | |
| v. | ) | **NOTICE OF ATTORNEY APPEARANCE** |
| | ) | |
| DECARLOS DEJUAN BROWN, JR. | ) | |
| | ) | |

**NOW COMES** the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court of the appearance of the undersigned Assistant United States Attorney for the Government in the above-referenced action.

**RESPECTFULLY SUBMITTED**, this the 3rd day of November 2025.


RUSS FERGUSON
UNITED STATES ATTORNEY


*/s/ Mark Odulio*

_____
MARK ODULIO
Assistant United States Attorney
North Carolina Bar Number: 50011
United States Attorney's Office
227 West Trade Street, Suite 1700
Charlotte, North Carolina 28202
Telephone: 704.338.3108
Email: Mark.Odulio@usdoj.gov