IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>DECARLOS DEJUAN BROWN, JR.,<br><br>*Defendant.* | Case No. 3:25-CR-300-KDB-DCK<br><br>**MOTION TO CONTINUE INITIAL APPEARANCE AND ARRAIGNMENT** |

Mr. Brown is currently scheduled to appear before this Court for his initial appearance on the charge of violence against a railroad carrier and mass transportation system resulting in death (18 U.S.C. § 1992(a)(7), (b)(1), (c)(1)) on December 11, 2025. He faces the death penalty if convicted. 18 U.S.C. §§ 3591, 3592.[1] Mr. Brown's counsel respectfully move this Court to continue Mr. Brown's initial appearance and arraignment by one week—to December 18, 2025. Counsel require the additional time for the following reasons.

First, because Mr. Brown faces the death penalty if convicted, his defense team has heightened responsibilities with respect to his representation. As relevant here, counsel are required to consider, thoroughly research, and evaluate all legal claims potentially available. *See* 2003 ABA Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases (ABA Guidelines), Guideline 10.8[2]; *Sneed v. Smith*, 670 F.2d 1348 (4th Cir. 1982) (capital counsel must "conduct appropriate

---

[1] Mr. Brown is also charged with First Degree Murder by the State of North Carolina based on the same alleged conduct relied on in the federal charge.

[2] https://www.americanbar.org/groups/committees/death_penalty_representation/resources/aba_guidelines/2003-guidelines/2003-guideline-10-8/

investigations, both factual and legal" in a case); U.S. Const. amend. VI, VIII. If counsel determine that a particular legal claim is appropriate to raise in the case, they must "present the claim as forcefully as possible," and "ensure that a full record is made" in connection with the claim. *See* ABA Guideline 10.8.

Second, certain pretrial motions must be made before arraignment or shortly after arraignment. For example, this case has been the subject of intense media and political attention. Thousands of local, national, and international news outlets have covered Mr. Brown's case. The case has been a consistent presence on social media, including Twitter, Facebook, Truth Social, etc. The President, Attorney General, Congress, and the North Carolina Legislature have weighed in. Given the extensive coverage, counsel require additional time to research and investigate whether a motion should be filed under Federal Rule of Criminal Procedure 21.

In addition, the federal charge against Mr. Brown is unusual in a case such as this. Mr. Brown's counsel require additional time to research and investigate whether a motion should be filed under Federal Rule of Criminal Procedure 7.

Third, counsel for Mr. Brown require additional time to speak with him regarding his writ to federal court and the next steps in his case.

Finally, the Resource Counsel assigned to Mr. Brown's case, Ms. Kim Stevens, is unavailable to assist the legal team this week, because she is on long-planned annual leave.

Undersigned counsel, Ms. Hoffman, reached out to counsel for the government, Daniel Cervantes and Ed Ryan, AUSAs, regarding this motion. They inquired as to the

reasons for the motion, which counsel provided, but have not yet responded as to whether they have an objection to continuing the hearing for one week.

For these reasons, counsel for Mr. Brown move this Court to continue the initial appearance/arraignment until December 18, 2025.

Dated: December 10, 2025

        Respectfully Submitted,

        *s/ Joshua Snow Kendrick*
        Joshua Snow Kendrick
        Learned Counsel
        Kendrick & Leonard, P.C.
        7 Mills Ave.
        Greenville, SC 29605
        (864) 760-4000
        Josh@kendrickleonard.com

        *s/ Megan C. Hoffman*
        Megan C. Hoffman
        First Assistant
        Federal Public Defender, West. Dist. of NC
        129 W. Trade St., Ste. 300
        Charlotte, NC 28202
        (704) 374-0720
        Megan_Hoffman@fd.org

        *s/Kelly Sullivan*
        Kelly Sullivan
        Assistant Federal Defender
        Federal Public Defender, West. Dist. of NC
        129 W. Trade St., Ste. 300
        Charlotte, NC 28202
        (704) 374-0720
        Kelly_Sullivan@fd.org

        Counsel for Mr. Brown