# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:25-cr-00300-KDB-DCK |
| | ) | |
| v. | ) | RESPONSE IN OPPOSITION TO |
| | ) | DEFENDANT'S MOTION TO |
| DECARLOS DEJUAN BROWN, JR. | ) | CONTINUE INITIAL APPEARANCE |
| | ) | AND ARRAIGNMENT |
| | ) | |
| | ) | |

The United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, files this response in opposition to the Defendant's motion to continue the initial appearance and arraignment.

On August 22, 2025, the defendant stabbed a victim to death on the Lynx Blue Line light rail in Charlotte, North Carolina. The defendant was immediately detained and transported to the hospital, where he received treatment for an injury to his hand that he sustained during the stabbing. On August 28, 2025, defendant was released from the hospital and arrested on state murder charges. Defendant has been detained on the murder charges ever since.

On September 9, 2025, the Federal Bureau of Investigation obtained a complaint against Defendant for a violation of 18 U.S.C. § 1992(a)(7) and (b)(1), which involves violence against a railroad carrier and mass transportation system resulting in death. Doc. No. 1. On October 22, 2025, a Grand Jury in Charlotte, North Carolina, returned an indictment against Defendant charging him with the same offense listed in the complaint. Doc. No. 10.

On December 8, 2025, the government applied for a writ of habeas corpus ad prosequendum for the defendant. Doc. No. 17. On December 9, the Court issued the writ and ordered the Bureau of Prisons, the United States Marshal, and the Mecklenburg County Jail to bring Defendant to federal court on December 11, 2025, at 10:30 a.m., "to make an appearance

before the Court on charges now pending against the Defendant, as well as any other related federal charges that may be filed." Doc. No. 18.

On December 12, 2025, counsel for Defendant filed a motion to continue the initial appearance and arraignment for one week. The motion cites: (1) heightened responsibilities with respect to a defendant charged with a death-eligible offense, (2) need for more time to research and investigate whether a pretrial motion needs to be filed pursuant to Federal Rule of Criminal Procedure 21, which governs the transfer of trials to another district, (3) need for more time to speak with the Defendant, and (4) the resource counsel, Kim Stevens is unavailable to assist the legal team this week.

This Court has ordered the government to take custody of the Defendant from the state and bring him to federal court within 48 hours. The government has already coordinated the transportation and the logistics involved in complying with the Court's order. Given the Court's order, the government is concerned that any delay in complying with the Court's order is attributable to the government.

Moreover, none of the reasons provided in the motion justify a one-week extension for Defendant's initial appearance. Defense counsel has been appointed to this case since September 2025 and was aware that the Defendant would soon be brought to federal court for an initial appearance.

Finally, defendants routinely make initial appearances in federal court without representation and without needing extra time to do any of the things listed in Defendant's motion to continue. There is no principled reason to make an exception here.

The government respectfully recommends that the initial appearance move forward as scheduled, on December 11, 2025, and should defense counsel want to move to continue

arraignment at the hearing, defense counsel may do so. In this way, there is no doubt that the Defendant's initial appearance is entered, and any delay is attributable to the Defendant.

Respectfully submitted December 10, 2025.

**RUSS FERGUSON**
**UNITED STATES ATTORNEY**

*s/ Edward Ryan*
Edward R. Ryan, NJ Bar # 029931986
Assistant United States Attorney
United States Attorney's Office
Western District of North Carolina
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
E-mail: Ed.Ryan@usdoj.gov

*s/ Daniel Cervantes*
Assistant United States Attorney
FL Bar Number: 40836
Attorney for the United States
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: 704.338.3115
Fax: 704.227.0197
E-mail: daniel.cervantes@usdoj.gov