IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CR-300-KDB-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DECARLOS DEJUAN BROWN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Continue Initial Appearance And Arraignment" (Document No. 19) filed December 10, 2025, and the Government's "Response In Opposition To Defendant's Motion To Continue Initial Appearance And Arraignment" (Document No. 20) filed December 10, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the parties' respective arguments on this request, and the record of the case to date, the undersigned will respectfully <u>deny</u> the motion. This Order does not preclude defense counsel from moving to continue the arraignment at Defendant's December 11, 2025, initial appearance. (<u>See</u> Document No. 20, pp. 2–3).

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Continue Initial Appearance And Arraignment" (Document No. 19) is **DENIED**. The initial appearance in Defendant's case shall proceed as currently scheduled.

**SO ORDERED**.

Signed: December 10, 2025

_David C. Keesler_
United States Magistrate Judge