IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-CR-300-KDB-DCK |
| *Plaintiff,* | |
| v. | **MOTION TO SET BRIEFING SCHEDULE FOR MOTION TO TRANSFER UNDER FRCrP 21** |
| DECARLOS DEJUAN BROWN, JR., | |
| *Defendant.* | |

Mr. Brown is currently scheduled to appear before this Court for his initial appearance on the charge of violence against a railroad carrier and mass transportation system resulting in death (18 U.S.C. § 1992(a)(7), (b)(1), (c)(1)) on December 11, 2025. He faces the death penalty if convicted. 18 U.S.C. §§ 3591, 3592.[1] Mr. Brown moved this Court to continue Mr. Brown's initial appearance and arraignment by one week—to December 18, 2025. This Court denied the motion to continue the initial appearance but noted Mr. Brown could move separately to continue the arraignment. Mr. Brown is moving to continue the arraignment contemporaneously with this motion. Mr. Brown now moves to set a briefing schedule for him to file a Motion to Transfer under Federal Rule of Criminal Procedure 21.

Federal Rule of Criminal Procedure 21 provides that "[a] motion to transfer may be made at or before arraignment or at any other time the court or these rules prescribe." FRCrP 21(d). This case has been the subject of intense media and political attention. Thousands upon thousands of local, national, and international news outlets

---

[1] Mr. Brown is also charged with First Degree Murder by the State of North Carolina based on the same alleged conduct relied on in the federal charge.

have covered Mr. Brown's case. A search for "Decarlos Brown" in the Charlotte Observer, for example, returned 141 results as of todays' date. The case has been a consistent presence on social media, including Twitter, Facebook, Truth Social, etc. The President, Attorney General, local United States Attorney, Congress, and North Carolina Legislature have weighed in. Given the extensive coverage, counsel require additional time to research and prepare a thorough motion as envisioned by the rules.

This is a potential death penalty case. As a result, counsel's responsibilities and obligations in their representation of Mr. Brown follow a different order. At every stage of the proceedings in this case—from charge through execution of the sentence—counsel for Mr. Brown has a legal and ethical duty to investigate the case thoroughly—both factually and legally. *Strickland v. Washington*, 466 U.S. 668 (1984); *Huffington v. Nuth*, 140 F.3d 572, 580 (1998). For this reason, our system of justice must go "to extraordinary measures to ensure that the prisoner sentenced to be executed is afforded process that will guarantee, as much as is humanly possible, that the sentence was not imposed out of whim, passion, prejudice, or mistake." *Eddings v. Oklahoma*, 455 U.S. 104, 118 (1982) (O'Connor, J., concurring) (emphasis added). These "extraordinary measures" must be taken at all stages of any capital trial. *Beck v. Alabama*, 447 U.S. 625, 638 (1980); U.S. Const. amend. V, VI, VIII.

It is incumbent upon counsel for Mr. Brown to research and present a competent and effective motion on the issue of venue, where media and political attention has already been extraordinary and continues to move in that vein. For this reason, Mr. Brown moves this Court to set a briefing schedule for the parties to prepare appropriate briefing to this Court for a motion under Rule 21.

Dated: December 10, 2025

Respectfully Submitted,

*s/ Joshua Snow Kendrick*
Joshua Snow Kendrick
Learned Counsel
Kendrick & Leonard, P.C.
7 Mills Ave.
Greenville, SC 29605
(864) 760-4000
Josh@kendrickleonard.com

*s/ Megan C. Hoffman*
Megan C. Hoffman
First Assistant
Federal Public Defender, West. Dist. of NC
129 W. Trade St., Ste. 300
Charlotte, NC 28202
(704) 374-0720
Megan_Hoffman@fd.org

*s/Kelly Sullivan*
Kelly Sullivan
Assistant Federal Defender
Federal Public Defender, West. Dist. of NC
129 W. Trade St., Ste. 300
Charlotte, NC 28202
(704) 374-0720
Kelly_Sullivan@fd.org

Counsel for Mr. Brown