UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:25-cr-00300-KDB-DCK |
| | ) | |
| v. | ) | RESPONSE TO COURT ORDER |
| | ) | |
| DECARLOS DEJUAN BROWN, JR. | ) | |
| | ) | |
| | ) | |
| | ) | |

The United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, files this response to the Court's Order filed on December 22, 2025 (Document 41) allowing the Government to file a "limited surreply, not to exceed three (3) pages, addressing whether the Government agrees to have Defendant evaluated in North Carolina."

## Position of the Government

Consistent with the Court's Order, the undersigned contacted and consulted with representatives of the Bureau of Prisons ("BOP"), specifically, attorneys employed by the Legal Department of the facility located in Butner, North Carolina. The BOP is responsible for carrying out the requirements set forth in 18 U.S.C. § 4241, including the psychiatric or psychological examination of a defendant by qualified professionals; the issuance of a report of such examination to a requesting court as to the presence and extent of a mental disease and defect; and the hospitalization and treatment of a defendant, when warranted, to render him/her competent so that legal proceedings may go forward.

There are a total of eleven BOP facilities, spread out across the United States, equipped and employed to carry out competency evaluations ordered pursuant to section 4241(b). There are also many logistical hurdles BOP faces in carrying out its statutory obligations when ordered

by a court within the statutory timeframes. Designation to the proper facility is thus a decision within the discretion of the BOP, which juggles these many priorities, and not the responsibility of the U.S. Attorney's Office. That decision is made by the BOP only after a competency evaluation is ordered by the Court. While the United States agrees North Carolina would be a logical placement in this case, it cannot agree on behalf of the BOP that Defendant will be evaluated at the one facility in this state.[1] Instead, BOP follows a process to ensure timely and fair service within the confines of the governing statutes, and to so agree would unfairly strain the BOP and risk putting other defendants in a worse position.

The United States understands the concern raised by Defendant, but believes placement by the BOP will ensure the most efficient and speedy resolution with the highest quality of care and evaluation for the Defendant.

Respectfully submitted January 6, 2026.

**RUSS FERGUSON**
**UNITED STATES ATTORNEY**

*s/ Edward Ryan*
Edward R. Ryan, NJ Bar # 029931986
Assistant United States Attorney
United States Attorney's Office
Western District of North Carolina
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
E-mail: Ed.Ryan@usdoj.gov

*s/ Daniel Cervantes*
Assistant United States Attorney
FL Bar Number: 40836
Attorney for the United States
United States Attorney's Office

---

[1] Of course, the Court may recommend a procedure outside of normal BOP processes.

227 West Trade Street, Suite 1650  
Charlotte, North Carolina 28202  
Telephone: 704.338.3115  
Fax: 704.227.0197  
E-mail: daniel.cervantes@usdoj.gov

# **CERTIFICATION**

Pursuant to the Standing Order of this Court entered June 18, 2024, and published to the Bar of the Western District on June 27, 2024, the undersigned hereby certifies:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

Certified on January 6, 2026.

                                                                        */s/ Daniel Cervantes*
                                                                        Assistant United States Attorney