# EXHIBIT D

FILED
DATE: October 29, 2025
TIME: 11:47:38 AM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: V. Fairley

| STATE OF NORTH CAROLINA | File No. 25CV057515-590 |
|---|---|
| Mecklenburg County | In The General Court Of Justice<br>Superior Court Division |

| IN THE MATTER OF<br>CUSTODIAL LAW ENFORCEMENT AGENCY<br>RECORDING SOUGHT BY: | ORDER AFTER PETITION FOR RELEASE<br>FILED TO PROVIDE CUSTODIAL<br>LAW ENFORCEMENT AGENCY RECORDING<br>FOR IN-CAMERA REVIEW<br>AND NOTICE OF HEARING<br>G.S. 132-1.4A(f) |
|---|---|
| *Name Of Petitioner*<br>WSOC Television, LLC | |
| *Address*<br>Kilpatrick Townsend & Stockton LLP<br>Attn: Attorney Chase H. Stevens<br>1001 West Fourth Street<br>Winston-Salem, NC 27101-2400 | |

This matter is before the undersigned Superior Court Judge on a Petition For Release Of Custodial Law Enforcement Agency Recording under Chapter 132 of the N.C. General Statutes.

**NOTE:** *This form is for use after a Petition For Release Of Custodial Law Enforcement Agency Recording (form AOC-CV-270) is filed. Form AOC-CV-281 is for use after a civil action is filed.*

### ORDER

1. The head of <u>Charlotte Mecklenburg Police Department</u> *(custodial law enforcement agency)* is ordered to provide to the Court a copy of the custodial law enforcement agency recording identified in the attached Petition.

2. The copy of the custodial law enforcement agency recording shall be provided to <u>a Superior Court Judge</u> *(court official)*, on or before <u>December 29th, 2025</u> along with a list of all law enforcement agency personnel whose image or voice is in the recording. In the event the head of the custodial law enforcement agency is unable to identify all voices or images of law enforcement agency personnel in the recording, the head of the custodial law enforcement agency shall identify to the Court where in the recording the unidentifiable voice or image appears.

3. The copy of the custodial law enforcement agency recording and the list of all law enforcement agency personnel whose image or voice is in the recording delivered to the Court pursuant to this Order shall not be open to inspection or copy by any person except to and by the Superior Court Judge conducting the hearing, unless and until ordered released or disclosed by the presiding Superior Court Judge. The copy of the custodial law enforcement agency recording and the list of all law enforcement agency personnel whose image or voice is in the recording shall be delivered to the court official in a sealed envelope with a copy of this Order attached to the outside of the sealed envelope.

4. The head of the custodial law enforcement agency is ordered to provide to the Court, at least one business day prior to the hearing date set forth below, appropriate software and/or means to conduct an in-camera review of the custodial law enforcement agency recording.

5. Other *(if applicable)*: _____.

### NOTICE OF HEARING

10/29/2025 11:33:01 AM
It is hereby ordered that a hearing on the Petition in this matter is set for the date, time, and place shown below:

| Date Of Hearing | Time Of Hearing | Location Of Hearing |
|---|---|---|
| 01/05/2026 | 10:00 AM | Mecklenburg Co. Courthouse, Courtroom 6310; via Webex |

### SIGNATURE OF SUPERIOR COURT JUDGE

| Date | Name Of Superior Court Judge (type or print) | Signature Of Superior Court Judge |
|---|---|---|
| 10/29/2025 | | /s/ Tracy J. Stafford |

AOC-CV-274 (ICMS), Rev. 6/23
© 2023 Administrative Office of the Courts