# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO.: 3:25-cr-00300-KDB-DCK** |
| | ) | |
| v. | ) | **RESPONSE JOINING DEFENDANT'S** |
| | ) | **EMERGENCY MOTION FOR A** |
| **DECARLOS DEJUAN BROWN, JR.** | ) | **PROTECTIVE ORDER** |
| | ) | |
| | ) | |
| | ) | |

The United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, files this response joining Defendant's emergency motion for a protective order regarding the disclosure of the criminal investigative file of the Defendant. The motion seeks to prevent the Charlotte-Mecklenburg Police Department ("CMPD") and/or the House Oversight Committee of the North Carolina General Assembly (and its members, staffers, and any other person) from disclosing any information from the criminal investigative file. The motion further alleges that the file may have already been sent by CMPD to the legislative committee and legislators.

Regardless of who has the file, the government joins Defendant's request for a protective order over the CMPD's criminal investigative file related to DeCarlos Dejuan Brown, Jr. In support, the government relies on the reasons explained in this Court's recent order granting a protective order over law enforcement recordings (ECF No. 56).

Respectfully submitted January 14, 2026.

                                                 **RUSS FERGUSON**
                                                 **UNITED STATES ATTORNEY**

                                                 *s/ Edward Ryan*
                                                 Edward R. Ryan, NJ Bar # 029931986
                                                 Assistant United States Attorney

United States Attorney's Office
Western District of North Carolina
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
E-mail: Ed.Ryan@usdoj.gov

*s/ Daniel Cervantes*
Assistant United States Attorney
FL Bar Number: 40836
Attorney for the United States
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: 704.338.3115
Fax: 704.227.0197
E-mail: daniel.cervantes@usdoj.gov

## **CERTIFICATION**

Pursuant to the Standing Order of this Court entered June 18, 2024, and published to the Bar of the Western District on June 27, 2024, the undersigned hereby certifies:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

Certified on January 14, 2026.

      */s/ Daniel Cervantes*
      Assistant United States Attorney