**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:25-CR-300-KDB-DCK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| DECARLOS DEJUAN BROWN, JR. | ) | |

To:     The clerk of court and all parties of record

I am admitted to practice in this Court, and I hereby enter my appearance on behalf of Representative Brenden Jones, Representative Harrey Warren, and Representative Jake Johnson, *in their official capacities as Co-Chairs of the North Carolina House Select Committee on Oversight and Reform*.

Respectfully submitted, this 27th day of January, 2026.

**DOWLING PLLC**

/s/ W. Michael Dowling
W. Michael Dowling
State Bar No. 42790
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
Fax: (919) 529-3351
mike@dowlingfirm.com

*Counsel For Representative Brenden Jones,
Representative Harrey Warren, and
Representative Jake Johnson, in their
official capacities as Co-Chairs of the North
Carolina House Select Committee on
Oversight and Reform*