IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CR-300-KDB-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DECARLOS DEJUAN BROWN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Consent Motion For Entry Of Standard Criminal Discovery Order" (Document No. 81) filed February 19, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, the Government requests "the entry of the Court's Standard Criminal Discovery Order" with modifications. (Document No. 81). The Government "requests that the Court enter the Standard Criminal Discovery Order so that discovery can also be provided to defense counsel prior to arraignment." (Id. at 2). The Government requests the Court not enter a Scheduling Order because that usually also enters the Court's Standing Arraignment Order, and until "the issues raised in Defendant's requests for a competency evaluation are resolved, it would be premature to enter a Scheduling Order in this matter." (Id.)

Defendant is not opposed to this motion, "provided the scheduling dates usually set in a Scheduling Order and the Standard Arraignment Order are not entered." (Id.) Defendant also requests "to modify and expand paragraph 22 of the Standard Criminal Discovery Order to allow Defendant's federal defense team to collaborate and share information with the state defense

1

team." (Id. at 2–3). The Government does not oppose this modification as long as "Defendant's state defense team agrees to be bound by this Court's Standard Discovery Order." (Id. at 3).

**IT IS, THEREFORE, ORDERED** that the Government's "Consent Motion For Entry Of Standard Criminal Discovery Order" (Document No. 81) is **GRANTED**.

**IT IS FURTHER ORDERED** that this Court's Standard Criminal Discovery Order shall be entered, with modification. The Clerk is respectfully **DIRECTED** to modify paragraph 22 of this Court's Standard Criminal Discovery Order as follows:

> Any discovery material, including but not limited to, statements and summaries of interviews of witnesses made available for review by the prosecution to the defense, shall not be used by the defendant or his attorney for any purpose other than in direct relationship to the case and no further disclosure shall be made of these items, except that the defendant may share discovery material received in this matter with his state defense team in case number 25CR394562-590, provided that the defendant's state defense team agree to be bound to the terms of this Standard Discovery Order.

The Clerk is respectfully **DIRECTED** to **not** enter a Scheduling Order in this case until further notice or Order.

**SO ORDERED**.

Signed: March 5, 2026

David C. Keesler
United States Magistrate Judge