**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | **DOCKET NO.: 3:25-cr-00300-KDB-DCK** |
| | **)** | |
| **v.** | **)** | **MOTION TO SEAL** |
| | **)** | |
| **DECARLOS DEJUAN BROWN, JR.** | **)** | |
| | **)** | |
| | **)** | |

The United States of America respectfully moves this Court for an order directing that the government's motion and exhibits for Rule 17 subpoenas for medical and other records (Doc. No. 94) be sealed. The motion discusses the defendant's competency and medical history. The motion references the competency report, which remains sealed in this matter (Doc. No. 88). And Rule 17 subpoenas "are often filed ex parte and under seal." *United States v. Sleugh*, 896 F.3d 1007, 1010 (9th Cir. 2018). The United States, therefore, respectfully requests that this Court seal the motion until further order by this Court.

Respectfully submitted, July 30, 2026.

**RUSS FERGUSON
UNITED STATES ATTORNEY**

*/s/ Edward Ryan*
Edward R. Ryan, NJ Bar # 029931986
Assistant United States Attorney
United States Attorney's Office
Western District of North Carolina
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
E-mail: Ed.Ryan@usdoj.gov

*/s/ Daniel Cervantes*
Daniel Cervantes
Assistant United States Attorney
FL Bar Number: 40836
United States Attorney's Office

227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: 704.338.3115
Fax: 704.227.0197
E-mail: daniel.cervantes@usdoj.gov

2